Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_Middle_ District of _Florida_

_Jacksonvil_ Division

| | | |
|---|---|---|
| LaQuanda Thomas | ) | Case No. _3:24-CV-639-MMH-MCR_ |
| _Plaintiff(s)_ | ) | _(to be filled in by the Clerk's Office)_ |
| (Write the full name of each plaintiff who is filing this complaint. | ) | |
| If the names of all the plaintiffs cannot fit in the space above, | ) | Jury Trial: _(check one)_ ☑ Yes ☐ No |
| please write "see attached" in the space and attach an additional | ) | |
| page with the full list of names.) | ) | |
| -v- | ) | |
| | ) | |
| | ) | |
| Credence Resource Management | ) | |
| _Defendant(s)_ | ) | |
| (Write the full name of each defendant who is being sued. If the | ) | |
| names of all the defendants cannot fit in the space above, please | ) | |
| write "see attached" in the space and attach an additional page | ) | |
| with the full list of names.) | ) | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

   Name                LaQuanda Thomas
   Street Address      1712 Silver St.
   City and County     Jacksonville Duval
   State and Zip Code  Florida 32206
   Telephone Number
   E-mail Address      laquandathomas@rochetmail.com

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (_if known_).  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                       Credence Resource Management LLC.

    Job or Title *(if known)*    Registered Agent.

    Street Address              1201 Hays Street

    City and County            Tallahassee,

    State and Zip Code        Florida 32301-2525

    Telephone Number       855-880-4792

    E-mail Address *(if known)*   Complaints@credencerm.com

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FDCPA / TDCA / FCCPA

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$3500⁰⁰ , FDCPA$1000⁰⁰ TDCA$1000⁰⁰ FCCPA$1000
Plus Cost & Time to bring this claim

## III.     Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Please kindly see my attached complain & relief

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Please kindly see My attached Complaint & relief*

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     06-21-2024

Signature of Plaintiff     *LaQuanda Thomas*
Printed Name of Plaintiff     LaQuanda Thomas

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____
Printed Name of Attorney     _____
Bar Number     _____
Name of Law Firm     _____
Street Address     _____
State and Zip Code     _____
Telephone Number     _____
E-mail Address     _____

[ UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION]

| | | |
|---|---|---|
| LaQuanda Thomas | ) | Case No.: No. [case number] |
| **Plaintiff** | ) | |
| vs. | ) | [**COMPLAINT**] |
| Credence Resource Management, LLC | ) | |
| **Defendant** | ) | Jury Trial Demand Yes |

## INTRODUCTION

1. This is a civil action for actual, statutory, punitive damages and cost of action brought by (Plaintiff) an individual consumer against, Credence Resource Management, LLC (Defendants hereinafter) for violations of the FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. 1692 (hereinafter FDCPA), FLORIDA CONSUMER COLLECTION PRACTICES ACT (FCCPA) TEXAS DEBT COLLECTION ACT (hereinafter TDCA)

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 15 U.S.C. § 1692k(d) (Fair Debt Collection Practices Act or FDCPA), 28 U.S.C. § 1331 (federal question jurisdiction), and 28 U.S.C. § 1367 (supplemental jurisdiction).

3. The Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367 as they form part of the same case or controversy as the federal claim under the FDCPA.

4. This Court has jurisdiction over the Texas Debt Collection Act (TDCA) claims pursuant to 28 U.S.C. § 1367(a) because the TDCA claims are so related to the federal FDCPA claims that they form part of the same case or controversy under Article III of the United States Constitution.

5. This Court has jurisdiction over the Florida Consumer Collection Practices Act (FCCPA) claims pursuant to 28 U.S.C. § 1367(a) because the FCCPA claims are so related to the federal FDCPA claims that they form part of the same case or controversy under Article III of the United States Constitution.

6. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(1) and (b)(2) because the Defendants conduct business in this district, and a substantial part of the events or omissions giving rise to the claims occurred here. Specifically, the Plaintiff resides in this district, and the Defendant's collection activities were directed to the Plaintiff in this district.

## PARTIES AND DEFINITIONS

7. LaQuanda Thomas  (Plaintiff) is a natural person who resides in the County of Duval, State of Florida. Plaintiff is an individual and a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

8. Credence Resource Management, LLC is a foreign corporation with its primary offices located at 4222 Trinity Mills, Suite 260, Dallas, TX, 75287. Service of process for Defendant is Agent Name CORPORATION SERVICE COMPANY Agent Address 1201 HAYS STREET, TALLAHASSEE, FL, 32301-2525. This company is a debt collector as defined by 15 U.S.C. § 1681a(b).

9. The acts of the Defendants as described in this Complaint were performed by the Defendants on the Defendants behalf by their owners, officers, agents, and or employees acting within the scope of their actual apparent authority. As such, all references to "Defendants" in this Complaint shall mean Defendants or their owners, officers, agents, and/or employees. If the Defendants are going to collect on Plaintiffs consumer report it is Paramount to provide validation rights.

## FACTUAL ALLEGATIONS

10. Defendants sought to collect a consumer debt from Plaintiff alleged to be owed to AT&T. The debt was incurred primarily for personal, household or family use.  The debt was not incurred for any commercial purpose.

11. On April 23, 2024, Defendants accessed Plaintiff's consumer report without her permission (Impermissible Credit Inquiry, Exhibit A).

12. On April 25, 2024, Defendants contacted Plaintiff via telephone (Phone Calls, Exhibit B).

13. This telephone call prompted Plaintiff to check her consumer reports to verify if Defendants had made any contact. In which they did.

14. Plaintiff did not receive any written communication from Defendants within five days following their initial communication via consumer report nor phone call.

15. On May 16, 2024, Defendant emailed Plaintiff a notice alleging that the content was attorney privileged and included instructions for opening a password-protected data file attachment. The letter was not signed by an attorney or any representative of the Defendants (Exhibit C).

16.  The attached file, referred to as "Verification of Balance" by Defendant, instructed Plaintiff to send payment to Credence Resource Management, LLC, P.O. Box 2238, Southgate, MI 48195-4238 but failed to include the statutory disclosures required under 15 U.S.C. § 1692g (Exhibit D).

17. Plaintiff never received any validation rights within 5 days of Defendants initial communication. The validation of debts provision specifically ensures that debt collectors give consumers adequate information concerning their legal rights.

18.  (15 U.S.C. § 1692g) That section provides that debt collectors must send consumers written notice containing certain information regarding the alleged debt and advising them inter alia that it will be assumed to be valid unless the consumer contests its accuracy or validity within thirty days.

19. Plaintiff incurred an informational injury as Defendant deceptively failed to provide Plaintiff any debt validation notice. As a result of Defendants deceptive, misleading, and unfair debt

collection practices, Plaintiff has been damaged. Plaintiff has the interest and right to be free from deceptive, misleading collection practices.

20. Plaintiff's injury is "particularized" and "actual" in that the conduct that deprived Plaintiff of her rights was directed by Defendant to Plaintiff specifically.

21. Plaintiff's injury is "particularized" and "actual" in that the Plaintiff has suffered emotional distress from Defendant's unauthorized access to consumer report and failure to provide mandated disclosures when attempting to collect an alleged debt.

22. Plaintiff's injury is "particularized" and "actual" in that the Plaintiff has suffered an invasion of her privacy. The intrusion into Plaintiffs personal information has caused a feeling of vulnerability, worry, and anxiety which lead to sleepless nights and headaches.

23. Plaintiff's injury is "particularized" and "actual" in that the Plaintiff has suffered loss of time and money into research and learning how to defend against the Defendant's invasion of privacy, unlawful debt collection practices, and deprivation of rights.

24. Plaintiff's injury is directly traceable to Defendant's conduct because if it were not for the Defendant's conduct, Plaintiff would not have been deprived of her rights and would not have been subject to the emotional distress, anxiety, worry and invasion of privacy caused by the Defendant's actions.

25. Defendant"s conduct as described in this complaint was negligent and willful, with the purpose to either harm the Plaintiff or with reckless disregard for the harm to Plaintiff that could result from Defendant's conduct.

26. Plaintiff justifiably fears that, absent this court's intervention, Defendants will continue to use abusive, deceptive, unfair, and unlawful means in its attempts to collect alleged debts and invade consumers privacy.

27. The deprivation of Plaintiff's rights will be redressed by a favorable decision herein.

28. A favorable decision herein would redress Plaintiff's injury with monetary damages.

29. A favorable decision herein would serve to deter Defendants from further similar conduct.

## CLAIMS FOR RELIEF

## COUNT I: VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA)

30. Plaintiff re-alleges and incorporates by reference the above paragraphs as if fully set forth herein.

(1) § 1692g(a) - Failure to provide debt validation notice;

31. Defendant violated 15 U.S.C. § 1692g(a) by failing to send a written notice containing the following information within five days after the initial communication:

a. The amount of the debt.

b. The name of the creditor to whom the debt is owed.

c. A statement that unless the consumer disputes the validity of the debt within 30 days after receipt of the notice, the debt will be assumed to be valid by the debt collector.

d. A statement that if the consumer notifies the debt collector in writing within the 30-day period that the debt is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer.

e. A statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

(b) § 1692e(10) - Use of deceptive means to collect a debt.

32. Defendant violated 15 U.S.C. § 1692e(10) by using false, deceptive, or misleading representation or means in connection with the collection of any debt.

  (a) Misrepresenting the legal status of the debt by implying the Plaintiff is obligated to pay without first providing a validation notice.
  (b) Creating a false sense of urgency  demands immediate payment or threatens consequences.
  (c) Failing to disclose the consumer's right to dispute: By not providing the validation notice.
  (d) Implying that the debt is undisputed and proceeds with collection efforts without first sending the validation notice.

## COUNT II: VIOLATION OF FLORIDA CONSUMER COLLECTION PRACTICES ACT (FCCPA)

33. Plaintiff re-alleges and incorporates by reference the above paragraphs as if fully set forth herein.

34. Defendant's conduct also constitutes violations of the Florida Consumer Collection Practices Act (Fla. Stat. § 559.55 et seq.), specifically:

a. Fla. Stat. § 559.72(7): Willfully communicating with the debtor or any member of her family with such frequency as can reasonably be expected to harass the debtor or her family.

b. Fla. Stat. § 559.72(9): Claiming, attempting, or threatening to enforce a debt when such person knows that the debt is not legitimate or asserting the existence of some other legal right when such person knows that the right does not exist.

c. Fla. Stat. § 559.72(9):(10): Use a communication that simulates in any manner legal or judicial process or that gives the appearance of being authorized, issued, or approved by a government, governmental agency, or attorney at law, when it is not.

## COUNT III: VIOLATION OF TEXAS DEBT COLLECTION ACT (TDCA)

35. Plaintiff re-alleges and incorporates by reference the above paragraphs as if fully set forth herein.

36. Defendant's conduct also violates the Texas Debt Collection Act (Tex. Fin. Code Ann. § 392.001 et seq.), specifically:

 a. Tex. Fin. Code Ann. § 392.202: Failing to validate the debt upon request.

b. Tex. Fin. Code Ann. § 392.304: Using deceptive means to collect a debt.

## DEMAND FOR JURY TRIAL

37. Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

Wherefore Plaintiff LaQuanda Thomas, respectfully request that judgment be entered in favor of the Plaintiff against the Defendants in the maximum amounts allowed for each violation:

a. Award actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

b. Award statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A);

c. Award actual and statutory damages under the FCCPA and TDCA;

d. Grant an order for Defendants to waive or dismiss the alleged debt.

e. Grant injunctive relief preventing further violations of the FDCPA, FCCPA, and TDCA by Defendants

f. Grant such other and further relief as the Court deems just and proper.

## CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper use, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; (4) the complaint otherwise complies with the requirements of Rule 11. I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

LaQuanda Thomas
1712 Silver St.
Jacksonville Florida 32206
LAQUANDATHOMAS@ROCKETMAIL.COM

Dated this 10th day of June 2024

Exhibit (A)

Annual Credit Re...   ⋮

Prepared For

LAQUANDA THOMAS

Personal & Confidential

Date Generated  Jun 1, 2024

Report Number  2696-1601-37

ce     19 Accounts     0 Public Records     2 Hard Inquiries

## nal Information

nes  4 Addresses  1 SSN Variations  0 Employers  1 Personal Statements  4 Other Records

······················································································
se your personal information is reported by you, your creditors, and other sources, it's typical to
all variations in reported personal information, like names and addresses. For security
s, many of these items can't be disputed online, but don't worry—they don't affect your credit
······················································································

es

| JANSA S THOMAS | LAQUANDA SHAWNETTE THOMAS | LAQUANDA THOMAS |
|---|---|---|
| e ID #8946 | Name ID #32188 | Name ID #19985 |

esses

| DRIVER CT | 6660 KENNEDY | 4880 SUNBEAM | 660 BENNETT |

Annual Credit Re...

*Exhibit (A)*

*Continued*

| TAL ONE | CAPITAL ONE | CHIME | CREDENCE |
|---|---|---|---|
| red on | Inquired on | FINANCIAL INC | RESOURCE |
| 1/2024 | 02/08/2024 | Inquired on | MANAGE |
| | | 05/31/2024, | Inquired on |
| 0X 30281, | 15000 CAPITAL | 05/20/2024, | 04/23/2024 |
| LAKE | ONE DR, | 05/13/2024, | |
| UT 84130 | RICHMOND VA | 05/06/2024, | 17000 DALLAS |
| 955-7070 | 23238 | 04/30/2024, | PKWY STE 204, |
| | | 04/15/2024, | DALLAS TX |
| | | 04/08/2024, | 75248 |
| | | 04/01/2024, | (855)876-5980 |
| | | 03/31/2024, | |
| | | 03/18/2024, | |
| | | 03/11/2024, | |
| | | 03/04/2024, | |
| | | 02/29/2024, | |
| | | 02/19/2024, | |
| | | 02/12/2024, | |
| | | 02/05/2024, | |
| | | 01/31/2024, | |
| | | 01/15/2024, | |
| | | 01/08/2024, | |
| | | 01/01/2024, | |
| | | 12/31/2023, | |
| | | 12/18/2023, | |
| | | 12/11/2023, | |
| | | 12/04/2023, | |
| | | 11/13/2023, | |
| | | 11/06/2023, | |
| | | 10/31/2023, | |
| | | 10/16/2023, | |
| | | 10/09/2023, | |
| | | 10/02/2023, | |
| | | 09/30/2023, | |
| | | 09/18/2023, | |
| | | 09/11/2023, | |
| | | 09/04/2023, | |
| | | 08/31/2023, | |
| | | 08/21/2023, | |
| | | 08/14/2023, | |
| | | 08/07/2023, | |
| | | 07/31/2023, | |
| | | 07/17/2023, | |
| | | 07/10/2023, | |
| | | 07/03/2023, | |

Exhibit (B)



# Credence

Add note ✎

+1 904-659-9072

        

Show your voicemails?

**Show**

Thursday, April 25

    **9:39 AM**
Outgoing call, 5 mins 18 sec

    **9:10 AM**
Incoming call, 0 mins 7 sec

|  Add |  Share |  Block |  Report |  More |
|---|---|---|---|---|

Exhibit
B





Exhibit
( c )

4:50 🖼 💬 ⬇ •                        🔋 ⏰ 🛜 ⏸ 63%🔋

← **Verification Of Balance -**
  **276199964**

 Customer Support   ✎ 3:26 PM ☆
To: LAQUANDATHOMAS@ROCKETM

From:
Customer Support
Customersupport@credencerm.com
To:
LAQUANDATHOMAS...ROCKETMAIL.COM
Date:
May 16, 2024 at 3:26 PM

Hello,

Please find attached copy of the Verification Of Balance.

Your Credence reference number is 276199964.

The password for the file is consumer's five digit zip code.

Regards,
Credence Resource Management, LLC

Calls to or from this company may be monitored or recorded. This communication is from a debt collector. This communication is an attempt to collect a debt and any information obtained will be used for that purpose .

If you want to opt out or unsubscribe please respond with your Credence reference number as Unsubscribe: < Credence Reference # > to unsubscrib@e-mail.credencerm.com. You can find the Credence Reference number in the email above.

The information contained in this message, including any attachments, is attorney privileged and/or confidential information intended only for the use of the individual or entity named as addressee. The review, dissemination, distribution, or copying of this communication by or to anyone other than the intended addressee is strictly prohibited.

If you have received this communication in error, please immediately notify the sender by replying to the message and destroy all copies of the original message.

This communication and any data and/files attached to it contains information which is confidential and which may also be privileged. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), please note that any disclosure, copying, printing or use what-so-ever of this communication or the information contained in it is strictly prohibited. If you have received this communication in error, please notify the author then delete the presentation and its attachments together with any copies of it. Although this communication is believed to be free of any virus(s) which might affect any computer or IT system into which they are opened, it is the responsibility of the recipient to ensure that they are virus free.

|  Delete |  Reply |  Forward |  Move |  More |
| --- | --- | --- | --- | --- |

|||            ◯            ‹

Exhibit
( 10 )

5:05 ↓ ↓ 🖼 •  📄 🔕 📶 60%🔋

← Verification Of B... 🔍 🅰 ⋮


**Credence**
*Excellence Beyond Belief*

| Name: | Laquanda Thomas |
|---|---|
| Creditor: | AT&T Uverse |
| Creditor Account No: | 324671795 |
| Credence Reference ID: | 276199964 |
| Balance: | $161.25 |

Licensed Office Address
4222 Trinity Mills
Suite 260
Dallas, TX 75287
855-876-5346

Date: May 16, 2024

## VERIFICATION OF BALANCE

In response to your request to verify the balance due on your account, we have reviewed information provided by your creditor and confirmed the above-referenced balance is accurate.

You may send your payment to Credence Resource Management, LLC, PO Box 2238, Southgate, MI 48195-4238.

Sincerely,
Credence Resource Management, LLC

Calls to or from this company may be monitored or recorded.
This communication is from a debt collector. This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

| Credence Resource Management, LLC Contacts | | |
|---|---|---|
| Telephone Hours: | Payment and Correspondence Address: | Pay Online : |
| Monday to Friday 08:00 AM EST To 09:00 PM PST | Credence Resource Management, LLC | www.credencerm.com |
| and Saturday 11:00 AM EST To 07:00 PM EST | PO Box 2238 | |
| Tel: 855-876-5346 | Southgate, MI 48195-4238 | VEROFBAL |

PO Box 2238
Southgate, MI 48195-4238

Laquanda Thomas
6680 Bennett Creek Dr Apt 731
Jacksonville FL 32216-0030

| | | ◯ | ‹ |

**Account Details**

*Credence Resource Management*

*Tradeline was parked on my Consumer Report on June 8, 2024*

# xperian Credit Report
## s of: **Today**

## REDENCE RESOURCE MANA

### 76199XXX

| | |
|---|---|
| iginal Creditor | **AT T** |
| ompany Sold | **-** |
| count Type | **Collection** |
| ate Opened | **Apr 23, 2024** |
| atus | **Collection account. $161 past due as of Jun 2024.** |
| atus Updated | **Apr 2024** |
| lance | **$161** |
| lance Updated | **Jun 08, 2024** |
| iginal Balance | **$161** |
| id Off | **0%** |
| onthly Payment | **-** |
| st Due Amount | **$161** |
| rms | **1 Month** |
| sponsibility | **Individual** |

10:56 ✉

🔋 ❄ 5G UC ۔ıll 91% ▮

## Notifications   ☰ ⚙

**Jun 09, 2024**

↘ **Your FICO® Score has decreased by 4 points.**

Experian
Report

**Jun 09, 2024**

⚠ **CREDENCE RESOURCE MANA has flagged your account as Collections.**

CREDENCE RESOURCE MANA has flagged your account as Collections on Jun 08, 2024.

**WHAT NOW?**

Negative activity can have a significant impact on your credit score and how lenders see you as a borrower, affecting your ability to get credit.

After you've resolved the negative activity, try Experian Boost™ to raise your FICO® Score



Dashboard   Credit   Money   Marketplace   **More**