UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAQUANDA THOMAS,

      Plaintiff,

v.                                            CASE NO. 3:24-cv-639-MMH-MCR

CREDENCE RESOURCE
MANAGEMENT, LLC,

      Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court in light of its July 17, 2024 Order, which directed Plaintiff to show cause, in writing, on or before July 31, 2024, why this action should not be recommended for dismissal. (Doc. 4 at 2.) Despite being warned that "[f]ailure to respond to [the] Order by the deadline [would] likely result in a recommendation that the case be dismissed without further notice," Plaintiff has not responded. (*Id.*) Likewise, Plaintiff has also failed to comply with this Court's June 28, 2024 Order, which struck

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1.

Plaintiff's Complaint, directing her to file an Amended Complaint on or before July 8, 2024. (Doc. 3 at 6.) However, to date, Plaintiff has neither filed an Amended Complaint[2] nor showed cause as to why this matter should not be recommended for dismissal.

Based on the foregoing, Plaintiff has failed to comply with this Court's Orders (Docs. 3, 4) and to "prosecute diligently." M.D. Fla. R. 3.10. Thus, the undersigned recommends that this action be dismissed.

Accordingly, it is **RECOMMENDED** that this case be **DISMISSED without prejudice** and the Clerk of Court be directed to terminate any pending motions and close the file.

**DONE AND ENTERED** at Jacksonville, Florida, on September 10, 2024.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

The Hon. Marcia Morales Howard
United States District Judge

*Pro Se* Party

---

[2] Consequently, this action has been without an operative pleading since June 28, 2024, and Plaintiff has not engaged with this proceeding since June 24, 2024.